**UNITED STATES DISTRICT COURT
EASTERNDISTRICT OF WISCONSIN**

DAVID E. BOWERS, SR.,

    Plaintiff,

v.

ELLIE SEYMOUR,                          Civil Action No. 01-C-0975
Nurse Practitioner, Milwaukee County Jail,
in her individual capacity,

MARY KAY SCHUKNECT,
Head Nurse of the Milwaukee County Jail,
in her individual capacity,

CHARLES E. FITZGERALD, JR.,
Licensed Practical Nurse, Milwaukee
County Jail, in his individual capacity, and

JANISE JOHNSON,
Registered Nurse, Milwaukee County Jail,
in her individual capacity,

    Defendants.

### ORDER REGARDING SCHEDULING

    Based upon the joint motion of Plaintiff and Defendants, and good cause having been shown, **IT IS ORDERED** that:

    1.    The plaintiff shall submit a report(s) consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2) and Civil Local Rule 26.1 for any witness plaintiff intends to call as an expert witness during the trial of this matter on or before October 22, 2007;

    2    Any deposition of plaintiff's expert(s) shall be completed on or before December 22, 2007;

3. The defendants shall submit a report(s) consistent with the requirements of Federal Rule of Civil Procedure 26(a)(2) and Civil Local Rule 26.1 for any witness defendants intends to call as an expert witness during the trial of this matter on or before February 28, 2008;

4. Any deposition of defendant's expert(s) shall be completed on or before March 21, 2008;

5. The deadline for filing dispositive motions, together with briefs, shall be extended up to and including May 15, 2008;

6. The date and time of the final pretrial conference call initiated by the Court shall be changed to October 27, 2008 at 2:00 P.M. Pursuant to Civil Local Rule 16.3, each party shall serve and file a final pretrial report in compliance with the Court's Pretrial Report Order.

7. The date of the commencement of the trial of this matter shall be changed to November 17, 2008 at 9:00 A.M.

**IT IS SO ORDERED** this 4th day of October, 2007.

s/ Rudolph T. Randa
Honorable Rudolph T. Randa
Chief Judge, United States District Court